[No. 6613–1.  Division One.  August 13, 1979.]

REEB, INCORPORATED, *Appellant,* v. THE WASHINGTON
STATE LIQUOR CONTROL BOARD, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 835010, Horton Smith, J., entered May 5,
1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson, A.C.J., and James, J.

[No. 6820–1.  Division One.  August 13, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ANTHONY CHIOFAR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85426, W. R. Cole, J., entered June 30, 1978.
*Affirmed as modified* by unpublished opinion per
Andersen, J., concurred in by Swanson, A.C.J., and James,
J.

[No. 6862–1.  Division One.  August 13, 1979.]

CAROLE DARLENE HOLLEY, *Individually and as Guardian,
Appellant,* v. JUNE QUIRK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 51582, Jack S. Kurtz, J., entered
July 25, 1978. *Affirmed* by unpublished opinion per Dore,
J., concurred in by Swanson, A.C.J., and James, J.